# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-00590-RGK (MAAx) | Date | December 4, 2019 |
| Title | *RANDOLPH FITCH, et al vs. SHAW INDUSTRIES INC., et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | | Not Reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause re Amount in Controversy

On April 3, 2019, the Court issued an order finding that Defendant failed to satisfy its burden of establishing subject matter jurisdiction and remanding the action to state court. Defendant appealed the order to the Ninth Circuit Court of Appeal. The Ninth Circuit concluded that Defendant's notice of removal plausibly alleged a basis for federal court jurisdiction, and vacated and remanded the Court's remand order.

The Ninth Circuit has stated that if a complaint does not allege that the amount in controversy has been met, the removing defendant must plausibly allege in its notice of removal that the amount in controversy exceeds the jurisdictional threshold. *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 553-54(2014). If the plaintiff contests, or the court questions, the defendant's allegation, the defendant must establish that the jurisdictional requirement has been met by a preponderance of the evidence. *Guas v. Miles, Inc.*, 980 F.2d 564, 566–67 (9th Cir. 1992).

In light of the remand, the Court hereby orders Defendant to show cause in writing and provide facts establishing that the jurisdiction amount in controversy has been met. Defendant's response must be filed no later than **December 10, 2019**, and shall not exceed **five (5) pages** in length.

**IT IS SO ORDERED.**

_____ : _____
Initials of Preparer